716 S.E.2d 295

**Karen Dallis CARPENTER, Petitioner,**

v.

**James Edward BURR, Frank C. Gavay, Cynthia A. Gesualdi and Susan S. Fisher, Respondents.**

**No. 27046.**

Supreme Court of South Carolina.

Heard Sept. 22, 2011.

Decided Sept. 26, 2011.

James L. Hills and Carolyn R. Hills, both of Hills & Hills, of Myrtle Beach, for Petitioner.

Randall K. Mullins, of N. Myrtle Beach, for Respondents.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals' decision in *Carpenter v. Burr*, 381 S.C. 494, 673 S.E.2d 818 (Ct.App.2009). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.